# Court of Appeals
# of the State of Georgia

ATLANTA, __October 17, 2018__

*The Court of Appeals hereby passes the following order:*

**A19A0475.  SHERIL MCRAE v. DSHARA MCRAE.**

After the trial court granted Dshara McRae's petition for a six-month protective order under the Family Violence Act, OCGA § 19-13-1 et seq., respondent Sheril McRae filed this direct appeal.  We lack jurisdiction.

Appeals of orders in domestic relations cases – including actions arising under the Family Violence Act – must be initiated by filing an application for discretionary appeal.  See OCGA § 5-6-35 (a) (2), (b); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999).  "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Sheril McRae's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/17/2018_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*